39 A.3d 905

IN THE MATTER OF JERROLD N. KAMINSKY, AN ATTORNEY
AT LAW (ATTORNEY NO. 0105119777).

April 4, 2012.

## ORDER

This matter having been duly presented to the Court on the motion of **JERROLD N. KAMINSKY,** who was admitted to the bar of this state in 1977, seeking to stay the effective date of the Order of three-month suspension filed by the Court on March 9, 2012, and effective April 9, 2012;

And good cause appearing;

It is ORDERED that the motion to stay the effective date of the suspension is granted, pending the Court's consideration of respondent's petition for review of the decision of the Disciplinary Review Board in DRB 11–257 and until the further Order of the Court; and it is further

ORDERED that **JERROLD N. KAMINSKY** file and serve his petition for review of the Disciplinary Review Board decision in DRB 11–267 within twenty-one days after the filing date of this Order.